UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILLIP LUCKY MCINTYRE,

    Defendant.

_____/

Case: 2:16-cr-20654
Judge: Goldsmith, Mark A.
MJ: Stafford, Elizabeth A.
Filed: 09-29-2016 At 03:10 PM
INDI USA V. MCINTYRE (DA)

VIO: 18 U.S.C. § 1591(a)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

18 U.S.C. § 1591(a) – *Sex trafficking of a child*

On or about May 1, 2016, through on or about May 24, 2016, both dates being approximate and inclusive, in the Eastern District of Michigan and elsewhere, Defendant PHILLIP LUCKY MCINTYRE, in and affecting interstate or foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, Minor Victim One (MV-1), a female child born in 2002, knowing and in reckless disregard of the fact that MV-1 had not

attained the age of 18 years, and knowing that MV-1 would be caused to engage in a commercial sex act, all in violation of 18 U.S.C. § 1591(a).

## FORFEITURE ALLEGATIONS

18 U.S.C. §2253; 28 U.S.C. § 2461(c) – *Criminal forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253, and Title 28 United States Code, Section 2461(c).

Upon conviction of the offense charged in the Indictment, defendant shall, pursuant to Title 18, United States Code, Section 2253, forfeit to the United States the following:

a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the property subject to forfeiture pursuant to Title 18, United States Code, Section 2253, and Title 28 United States Code, Section 2461(c), as a result of any act or omission of the defendant--

a) cannot be located upon the exercise of due diligence;
b) has been transferred to, sold to, or deposited with a third party;
c) has been placed beyond the jurisdiction of this Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be divided without difficulty;

the United States of America intends to seek forfeiture of all other property of the defendant up to the value of forfeiture applicable in this case.

THIS IS A TRUE BILL.

s/ Grand Jury Foreperson
Grand Jury Foreperson


BARBARA L. MCQUADE
UNITED STATES ATTORNEY

s/ Matthew A. Roth
MATTHEW A. ROTH
Chief, General Crimes Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226-3220
Phone:   313-226-9186
E-Mail: matthew.roth2@usdoj.gov

s/ Margaret M. Smith
MARGARET M. SMITH
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226-3220
Phone:   313-226-9135
E-Mail:   margaret.smith@usdoj.gov

Dated: September 29, 2016

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 2:16-cr-20654<br>Judge: Goldsmith, Mark A.<br>MJ: Stafford, Elizabeth A.<br>Filed: 09-29-2016 At 03:10 PM<br>INDI USA V. MCINTYRE (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008 [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _(signed)_ |

**Case Title:** USA v. Phillip Lucky McIntyre

**County where offense occurred:** Wayne

**Check One:** ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
__✓__Indictment/____Information --- based upon prior complaint [Case number: ] 16-mj-30361
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 29, 2016
Date

Margaret M. Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9135
Fax: 313-226-5892
E-Mail address: margaret.smith@usdoj.gov
Attorney Bar #: 71413

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.     10/13/09