Phillip McIntyre
Reg. No. 55012-039
FCI Hazelton
PO Box 5000
Bruceton Mills, WV  26525

Honorable Mark Goldsmith,
United States District Judge for the
Eastern District of Michigan

RE:  Case No. 16-CR-20654-01

Hon. Judge Goldsmith:

I respectfully contact Your Honor today in hopes of receiving your consideration, sua sponte or as this court may otherwise exercise authority and discretion, of a limited reduction in my term of imprisonment.

I implore your liberal construction of this letter/request in order to accomplish said consideration and any possible reduction.  I gladly consent to any reduction by mail should it please the court.

Your Honor, I had observed that this Court's judgement in my criminal case dated 9/25/2016, resulted in a sentence at the top of the applicable guideline range. It is my sincere hope that you may consider a limited reduction in sentence to the low end of the guideline range of 134 to 168 months.  See Holloway v. United States, No. 01-CR-1017, 2014 WL.  See also United States v. Kupa, 976 F. Supp. 2d 417.  I noted that Judge Gleeson believes in second chances and no excessive punishment, and was in the hopes that you too would adopt this belief.

I would like to thank Your Honor in advance for your consideration and time in this matter.  Should anything be required of me, I ask that I be summoned at your convenience and I shall comply without delay.

Sincerely,

Feb-1-2018
Date

Phillip McIntyre

Phillip McIntyre #55012-039
FCI Hazelton - Federal Correctional Institution
PO Box 5000
Bruceton Mills, WV 26525

**LEGAL MAIL / SPECIAL MAIL**
**INSPECTION NOT AUTHORIZED**

RECEIVED
FEB 05 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

48226-270099

2-2-18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
231 WEST LAFAYETTE BLVD - 5TH FLR
DETROIT, MI 48226